# United States District Court Western District of North Carolina Asheville Division

| | | |
|---|---|---|
| Thomas Knappenberger, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-CV-186 |
| | ) | |
| vs. | ) | |
| | ) | |
| Buncombe County Sheriff's Department et al, | ) ) ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2014 Order.

July 29, 2014

Frank G. Johns, Clerk
United States District Court